# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

IN RE: CENTURYLINK SALES
PRACTICES AND SECURITIES
LITIGATION

MDL No. 17-2795 (MJD/KMM)

This Document Relates to
Civil File No. 18-296 (MJD/KMM)
Civil File No. 18-297 (MJD/KMM)
Civil File No. 18-298 (MJD/KMM)
Civil File No. 18-299 (MJD/KMM)

**ORDER**

---

On April 20, 2018, the Court granted the Motion to Consolidate.  [MDL

Docket No. 115]  Accordingly, **IT IS HEREBY ORDERED**:

1.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure,
    the above-captioned cases, and any subsequently filed or
    transferred related actions are hereby **CONSOLIDATED**
    under master file no. 18-cv-296 (MJD/KMM).  From the date of
    this order, all documents shall be filed in case no. 18-cv-296
    (MJD/KMM).  Cases 18-cv-297, 18-cv-298, and 18-cv-299 shall
    be closed.

2.  A copy of this Order shall be filed in all the related cases, but
    the files in this consolidated action shall be maintained under
    master file no. 18-CV-296 (MJD/KMM).  All orders, pleadings,
    motions, and other documents when filed in the Master File
    shall be deemed to be filed and docketed in the constituent
    file.

1

3.    The Clerk of Court is **ORDERED** to close civil cases 18-cv-297, 18-cv-298, and 18-cv-299.


Dated:  May 15, 2018                    <u>s/Michael J. Davis</u>
                                        Michael J. Davis
                                        United States District Court